HARRIET R. MARTIN, Respondent, *v.* HERMAN W. DOUGHTY, Appellant, et al., Defendants.

Submitted January 5, 1953; decided January 21, 1953.

*Alfred Wasser* for motion.
*Charles Gallagher* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.